This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**RONNIE GOMEZ,**

Worker-Appellant,

**vs.**                                                        **NO. 31,767**

**WAL-MART STORES &**
**AMERICAN HOME ASSURANCE**
**COMPANY,**

Employer-Insurer-Appellees.

**APPEAL FROM THE WORKERS' COMPENSATION ADMINISTRATION**
**Gregory D. Griego, Worker's Compensation Judge**

Ronnie Gomez
Los Lunas, NM

Pro se Appellant

Jeffrey Federspiel
McKinney, TX

for Appellees

**MEMORANDUM OPINION**

**GARCIA, Judge.**

Summary dismissal was proposed for the reason stated in the notice of proposed disposition.  No memorandum opposing summary dismissal has been filed, and the time for doing so has expired.

Dismissed.

**IT IS SO ORDERED.**

_____
**TIMOTHY L. GARCIA, Judge**

**WE CONCUR:**

_____
**RODERICK T. KENNEDY, Judge**

_____
**MICHAEL E. VIGIL, Judge**

2